IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIEGO ALEXANDER GOMEZ GARCIA,

 Petitioner,

v.              No. 2:26-cv-00236-KG-KK

MARY DE ANDA-YBARRA, et al.,

 Respondents.

ORDER TO SHOW CAUSE

Petitioner Diego Alexander Gomez Garcia filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 3, 2026.  Doc. 1.  On February 18, 2026, the Court granted the petition, Doc. 1, and ordered Respondents to provide him with a bond hearing before an Immigration Judge within seven days or release him.  *See* Doc. 8.  The Court also ordered Respondents to file a status report within ten days confirming that they had provided the ordered bond hearing or released Mr. Gomez Garcia.  *Id.* at 5.  That deadline has passed, and Respondents have not filed a status report on the docket.  The Court therefore orders Respondents to show cause, within three business days of this Order, why they have not complied with the Court's prior Order and to inform the Court whether they have provided Mr. Gomez Garcia with a bond hearing or released him.

        /s/Kenneth J. Gonzales
        CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.