IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIEGO ALEXANDER GOMEZ GARCIA,

      Petitioner,

v.                                           No. 2:26-cv-00236-KG-KK

MARY DE ANDA-YBARRA, et al.,

      Respondents.

## ORDER TO ENFORCE

To carry out its prior Order granting habeas relief, Doc. 8, the Court orders Respondents to return to Petitioner all personal documents taken during his detention, including his Employment Authorization Document, Social Security card, identification card, and passport. This Order is not limited to documents in Petitioner's A-file, which is currently in transit to the New York Field Office and is expected to arrive by March 25, 2026.  Doc. 15 at 1–2.  If any documents are not located or are otherwise unavailable, Respondents must file a declaration describing the efforts made to locate them, their last known location, and whether they can be reissued or replaced.  Respondents must file a status report within ten (10) business days showing compliance.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.