IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIEGO ALEXANDER GOMEZ GARCIA,

     Petitioner,

v.                                                                    No. 2:26-cv-00236-KG-KK

MARY DE ANDA-YBARRA, et al.,

     Respondents.

**ORDER TO SHOW CAUSE**

On March 23, 2026, the Court ordered Respondents to return to Petitioner all personal documents taken during his detention, including his Employment Authorization Document, Social Security card, identification card, and passport. *See* Doc. 16. The Court further ordered that, if any such documents could not be located, Respondents must describe the efforts made to locate them, their last known location, and whether they could be reissued or replaced. *Id.* Respondents were also required to file a status report within ten (10) business days demonstrating compliance. *Id.*

Respondents have not filed the required status report or otherwise demonstrated compliance with the Court's Order.

Accordingly, Respondents are ORDERED TO SHOW CAUSE, in writing, no later than three business days from the date of this Order, why they have failed to comply with the Court's prior Order. Respondents must:

1.  Describe in detail all efforts undertaken to locate and return Petitioner's personal documents;

2.  Identify the current or last known location of each document;

1

3.  State whether each document can be reissued or replaced, and the steps taken or to be taken to accomplish that; and

4.  Explain Respondents' failure to timely file the required status report.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2